UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>                              **Plaintiff,**<br><br>v.<br><br>**196,721.18289916 USDT SEIZED FROM A BINANCE ACCOUNT HELD BY IZUCHUKWU HENRY OKOLO,**<br>                              **Defendant.** | Criminal No. 1:24-cv-1667 |

## STATUS REPORT AS TO FORFEITURE

The United States of America informs the Court of the following, pursuant to the Cout's Order to provide a status update:

1.   Since filing the Verified Complaint, the United States seized additional cryptocurrency involving similar facts and perpetrators. The United States will amend the Verified Complaint to include the newly-seized cryptocurrency and facts necessary to support forfeiture subsequent to the filing of this status report.

November 26, 2025
Washington, D.C.

> Respectfully submitted,
>
> JEANINE FERRIS PIRRO
> United States Attorney
>
> */s/ Rick Blaylock, Jr.*
> Rick Blaylock, Jr.
> TX Bar No. 24103294
> Assistant United States Attorney
> United States Attorney's Office
> 601 D Street, N.W.
> Washington, D.C. 20001
> (202) 252-6765
> rick.blaylock.jr@usdoj.gov

-2-

*Attorney for the United States*